IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03317-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

HENDRIX ALEXANDER PARRA-PEDRA,

Applicant,

v.

[NO NAMED RESPONDENT],

Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

Applicant, a detainee at an immigration detention facility in Aurora, Colorado, has filed *pro se* a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 and paid the filing fee (ECF No. 1).[1] Applicant also filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (ECF No. 2) and a Request for Appointment of Counsel (ECF No. 3). As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the document is deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __ is not submitted
(2) __ is missing affidavit

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses this convention throughout this order.

(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) __ is not on proper form
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) __ other

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) xx is not on proper form
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos.
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) xx other: Applicant must provide a clear statement of the specific facts that support the claim(s) he is asserting and name the proper Respondent(s)..

Applicant should include all relevant information in his cured application, including: his citizenship, when he entered the U.S., when and where he was taken into custody, how long he has been in custody, what specific legal process he has or has not been provided, whether he is subject to a final removal order and if so when the order issued, and any facts to provide good reason to believe there is no significant likelihood of removal in the reasonably foreseeable future.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Applicant shall obtain the court-approved Application

for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Applicant fails to cure all the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that since Applicant paid the filing fee, the Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (ECF No. 2) is **denied as moot.** It is

FURTHER ORDERED that the Request for Appointment of Counsel (ECF No. 3) is **denied as premature** as this matter is in initial review.

DATED July 22, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge